Russell Greer
P. O. Box 46602
Las Vegas, NV 89114
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE 9th CIRCUIT

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>APPELLANT,<br><br>v.<br><br>**FREMANTLE PRODUCTIONS NORTH AMERICA, INC,** a corporation and **MARATHON PRODUCTIONS, INC**, a corporation<br><br>APPELLEES, | **APPELLANT'S MOTION TO EXTEND TIME TO FILE OPENING BRIEF**<br><br><br>Case No.: 22-16318 |

1

## INTRODUCTION

1. Plaintiff/Appellant Russell Greer hereby files a motion to extend the filing deadline, per Circuit Rule 31-2.2.

## FACTS

2. Plaintiff/Appellant Russell Greer filed the Notice of Appeal on August 30th, 2022.

3. On the same day, the Court issued a scheduling order, instructing Greer to file his Opening Brief on October 31st, 2022.

4. A streamlined request pushed the date back to 11-30-22.

## GOOD CAUSE EXISTS TO EXTEND TIME

5. Circuit Rule 31-2.2 sets forth the standard under which a party may request an extension of time for filing a brief. Pursuant to Circuit Rule 31-2.2(b), a party may seek an extension by submitting a motion demonstrating diligence and substantial need.

6. Greer requests a 30-day extension to file his Opening Brief. Greer has been diligently litigating this case. Despite this diligence, a substantial need for an extension exists.

7. An extension is necessary because although he was granted a streamlined request, Greer got sick during the month of November and the holidays came and so Greer got busy, although researching case law for appeal.

8. Greer also was trying to reach a compromise with appellees and they didn't reply.

9. Greer is a day late with this request and he apologizes for his tardiness, due to his excusable neglect.

10. Greer would request the new date to file the opening brief be **01-02-23**, as 01-01-23 is a holiday.

## CONCLUSION

11. Greer requests the new filing date be 01-02-23.

2

Respectfully,

DATED: December 1st, 2022

Russell Greer

Pro Se Litigant

/rgreer/



**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing STIPULATED DISMISSAL with the Clerk of the Court by using CM/ECF.

I certify that the following participants in this case are registered electronic filing systems users and will be served electronically.

Served are:

Joel Schwarz: joel@h1lawgroup.com

Molly Lens: mlens@omm.com

Zachary Dekel: zdekel@omm.com

Counsel for Fremantle and Marathon.