Russell Greer
P. O. Box 46602
Las Vegas, NV 89114
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE 9th CIRCUIT

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>APPELLANT,<br><br>v.<br><br>**FREMANTLE PRODUCTIONS NORTH AMERICA, INC,** a corporation and **MARATHON PRODUCTIONS, INC**, a corporation<br><br>APPELLEES, | **APPELLANT'S STIPULATED MOTION TO VOLUNTARILY DISMISS CASE**<br><br>Case No.: 22-16318 |

1

## INTRODUCTION

1. Plaintiff/Appellant Russell Greer hereby files a stipulated motion to dismiss the case, per Federal Rules of Appellate Procedure 42(b)(1).

## FACTS

2. Plaintiff/Appellant Russell Greer filed the Notice of Appeal on August 30th, 2022.

3. On the same day, the Court issued a scheduling order, instructing Greer to file his Opening Brief on October 31st, 2022.

4. A streamlined request pushed the date back to 11-30-22.

5. Greer hereby stipulated with APPELLEES to voluntarily dismiss the case.

## STIPULATION

6. Each party will cover their own costs for this litigation and will not seek further legal action against the other.

Respectfully,

DATED: December 1st, 2022

Counsel for Marathon Production and Fremantle Production        By: Russell Greer

_____        Pro Se Litigant

/rgreer/

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing STIPULATED DISMISSAL with the Clerk of the Court by using CM/ECF.

I certify that the following participants in this case are registered electronic filing systems users and will be served electronically.

Served are:

Joel Schwarz: joel@h1lawgroup.com

Molly Lens: mlens@omm.com

Zachary Dekel: zdekel@omm.com

Counsel for Fremantle and Marathon.