UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Russell G. Greer <br><br> Plaintiff - Appellant, <br><br> v. <br><br> Fremantle Productions North America, Inc., a corporation and Marathon Productions, Inc., a corporation <br><br> Defendant - Appellee. | 9th Cir. No. 22-16318 <br><br> STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: Dec 1, 2022

/s/ Russell Greer
Attorney for Appellant

/s/ Molly M. Lens
Attorney for Appellee