| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 14 2022<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| RUSSELL GODFREY GREER,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>FREMANTLE PRODUCTIONS;<br>MARATHON PRODUCTIONS,<br><br>    Defendants-Appellees. | No. 22-16318<br><br>D.C. No. 2:21-cv-01905-RFB-NJK<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 7), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

All other pending motions are denied as moot.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT


    By: Terri Haugen
    Deputy Clerk
    Ninth Circuit Rule 27-7

tah/12.12.22/Pro Mo